■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PRATT, Appellant. [876 NYS2d 870]—Appeal by the defendant from an order of the County Court, Westchester County (Cohen, J.), entered April 18, 2008, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, he was properly allocated points both for his expulsion from a treatment program (risk factor 12) and his release without supervision (risk factor 14), as there was clear and convincing evidence which merited the imposition of points in both categories (*see People v Orengo,* 40 AD3d 609, 610 [2007]; *see also People v Rouff,* 49 AD3d 517 [2008]; *People v Lewis,* 37 AD3d 689, 690 [2007]).

The defendant failed to present clear and convincing evidence of special circumstances that would warrant a downward departure from the presumptive level three designation

established by the proof at the hearing (*see People v Herron,* 59 AD3d 414 [2009]; *People v Pasquarelli,* 57 AD3d 753 [2008]). The County Court appropriately designated the defendant a level three sex offender and providently exercised its discretion in denying his request for a downward departure. Spolzino, J.P., Florio, Miller and Eng, JJ., concur.